# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

WILLIE EARL TATE                                                                    PLAINTIFF

V.                                                                    NO. 4:07CV162-M-D

D.C.F. FACILITY, ET AL.                                                                    DEFENDANTS

## JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated January 23, 2009, and the February 6, 2009, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1.      That the Report and Recommendation of the United States Magistrate Judge dated January 23, 2009, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That the motion by the defendants for summary judgment is hereby **DENIED.**

THIS, the 25th day of February, 2009.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**